

RECEIVED
IN LAKE CHARLES, LA

SEP 16 2014

TONY R. MOORE, CLERK
BY_____
               DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NORRIS A. PALMS, | * | CIVIL ACTION NO. 2:13-cv-212 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| LOUISIANA STATE PENITENTIARY, | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |

*************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* [Doc. 1] be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED, WITH PREJUDICE**.

Lake Charles, Louisiana, this 14 day of Sept_____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE